UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THAIS L. BROUILLETTE,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., CENLAR, and POWERS KIRN, LLC,<br><br>Defendants. | Civil Action No. 23-04304 (GC) (JBD)<br><br>**ORDER** |

**CASTNER, District Judge**

**THIS MATTER** comes before the Court upon the Motions to Dismiss (ECF Nos. 13 & 14) Plaintiff Thais L. Brouillette's Complaint (ECF No. 1-3) filed by Defendants CitiMortgage, Inc. (CitiMortgage), Cenlar, FSB (Cenlar), and Powers Kirn, LLC, pursuant to Federal Rule of Civil Procedure (Rule) 12(b)(6). Plaintiff opposed, and Defendants replied. (ECF Nos. 15-18.) The Court carefully considered the parties' submissions and decided the Motions without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Opinion, and other good cause shown,

**IT IS** on this 31st day of May 2024, **ORDERED** as follows:

1. Defendants' Motions to Dismiss (ECF Nos. 13 & 14) are **GRANTED** in part and **DENIED** in part. Counts Three, Five, and Six of Plaintiff's Complaint (ECF No. 1-3) are **DISMISSED** without prejudice. The Motions are denied in all other respects, and the remaining counts of the Complaint shall proceed.

2. To the extent that Plaintiff can cure the deficiencies identified in the Court's Opinion, Plaintiff may move for leave to amend her complaint.

3. The Clerk's Office is directed to **TERMINATE** Defendants' Motions (ECF Nos. 13 & 14).

*Georgette Castner*
GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE